IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE INSURANCE COMMISSIONER OF THE STATE OF CONNECTICUT, as Liquidator of the Connecticut Surety Company, ) ) ) ) ) | | |
| Plaintiff, ) ) | | |
| 5. ) ) | Civil Action No. 07-262 Erie | |
| RUDOLPH A. NOVOTNY and KAREN J. NOVOTNY, ) ) ) ) | Judge Sean J. McLaughlin | |
| Defendants. ) | | |

## ORDER

AND NOW, this 22nd day of October, 2009, this Court's Order of June 11, 2009, is hereby amended as follows:

>Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, in the liquidated amount of $576,551.06 with interest at the rate of 6% per annum.

IT IS SO ORDERED.

/s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record. ___